IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

In re:

HIE OF EFFINGHAM, LLC, ,

Debtor,

ROBERT T. BRUEGGE,
Trustee of the Estate of HIE
of Effingham, LLC,

Appellant/Cross-Appellee                                             13-0393-DRH

vs.

WBCMT 2007-C33,
MID AMERICA LODGING, LLC,

Appellee/Cross-Appellant.

---

In re:

HIE OF EFFINGHAM, LLC

Debtor.

WBCMT 2007-C33
MID AMERICA LODGING, LLC,

Appellant,

vs.                                                                  13-0493-DRH

ROBERT T. BRUEGGE,
Trustee of the Estate of HIE
of Effingham, LLC,

Appellee.

## ORDER

**HERNDON, Chief Judge:**

Pending before the Court are motions by WBCMT 2007-C33 Mid America Lodging, LLC to consolidate these cases and extend the deadline to file its brief (Docs. 19 & 12, respectively). The Trustee does not object. Based on the reasons stated in the motion, the Court **GRANTS** the motions. The Court consolidates the above titled cases. All further pleadings shall be filed in and shall contain case number 13-0393-DRH. Further, the Court **ALLOWS** WBCMT 2007-C33 Mid America Lodging, LLC up to and including June 27, 2013 to file its brief.

**IT IS SO ORDERED.**

Signed this 7th day of June, 2013.

Digitally signed by David R. Herndon
Date: 2013.06.07 15:40:46 -05'00'

**Chief Judge**
**United States District Court**